UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RENEA TURNER,

    Plaintiff,                                    Case No. 3:24-cv-167

vs.

MERCEDES-BENZ USA LLC,         District Judge Michael J. Newman
                                                                   Magistrate Judge Caroline H. Gentry

    Defendant.

---

**ORDER: (1) DENYING THE TWO POST-TERMINATION MOTIONS FILED BY *PRO SE* PLAINTIFF; AND (2) CLARIFYING THIS CASE REMAINS TERMINATED ON THE DOCKET**

---

On November 18, 2024, the court granted Defendant's motion to dismiss with prejudice, and terminated this case on the docket. Plaintiff has since filed two motions requesting various relief. Doc. Nos. 30 and 32. As this case is closed, both motions are **DENIED AS MOOT**, and this matter remains **TERMINATED** on the docket.

Liberally construing *pro se* Plaintiff's motion (Doc. No. 32) in her favor, it could possibly be a motion for reconsideration and/or a request for relief from the court's judgment under Fed. R. Civ. P. 60(b). *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*). However it is construed, the motion is also denied on the merits because *pro se* Plaintiff has failed to explain why she is entitled to such relief.

    **IT IS SO ORDERED.**

December 3, 2024                                            s/*Michael J. Newman*
                                                                        Hon. Michael J. Newman
                                                                         United States District Judge